**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **PAUL FENNING,** | ) | **CIVIL ACTION NUMBER: 2:25-cv-11197-DCN** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **COMPLAINT** |
| | ) | **(BAD-FAITH)** |
| **STATE FARM MUTUAL** | ) | **(JURY TRIAL DEMANDED)** |
| **AUTOMOBILE INSURANCE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

_____

**TO THE DEFENDANT ABOVE-NAMED:**

Plaintiff alleges as follows:

1. Plaintiff is a citizen and resident of Berkeley County, South Carolina. Defendant is an insurance company organized under the laws of a state other than South Carolina and transacts business in Berkeley County, South Carolina.

2. At the time of the incident, Plaintiff's vehicle was insured by an automobile policy provided by Defendant which provided comprehensive coverage.

3. For a considerable period of time prior to June 11, 2025, Plaintiff's vehicle was operating without any defects whatsoever.

4. On June 11, 2025, lightning struck the ground within a few feet of Plaintiff's vehicle, located at the time in the driveway of Plaintiff's

1

residence at 105 Penzance Boulevard, Goose Creek, South Carolina, 29445.

    5.    Two days later, on June 13, 2025, when Plaintiff attempted to start the vehicle, there was no ignition; only various lights lit up on the instrument panel.

    6.    Shortly afterwards, Plaintiff filed a claim with Defendant. Claim Number 40 – 86H6 – 14L.

    7.    The aforementioned claim was denied.

    8.    Defendant has, without just cause and in bad faith, committed the following tortuous acts:

        a.    Failing to properly investigate the incident to determine the cause of the vehicle malfunction;

        b.    Failing to consult with an expert to determine whether the lightning strike could have caused the vehicle damage;

        c.    Repeatedly denying payment of the claim;

        d.    Such other acts as may be gathered through discovery.

    9.    As a direct result of Defendant's actions, Plaintiff has suffered the following damages:

        1.    Total loss of the value of this vehicle;

        2.    Loss of use;

        3.    Mental anguish.

WHEREFORE, Plaintiff demands judgment against Defendant for such amount of actual and punitive damages as the trier of facts shall determine, for the costs of this action, including attorney's fees, and for such further relief as the Court deems proper.

        /S/JOHNNY F. DRIGGERS
        JOHNNY F. DRIGGERS, ESQUIRE
        S.C. Bar #1754
        108 Central Avenue, Suite 7
        Goose Creek, SC 29445
        (843) 572-8222
        (843) 797-2114 (facsimile)
        ATTORNEY FOR PLAINTIFF

Goose Creek, South Carolina

August 18, 2025.